No. 01M38. GRAYTON *v.* CALIFORNIA; and

No. 01M40. DOBSON MEDICAL GROUP, INC., ET AL. *v.* MIDLAND RISK INSURANCE CO. ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01M41. GREEN *v.* HUNTLEIGH CORP. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 00–1406. CHEVRON U. S. A. INC. *v.* ECHAZABAL. C. A. 9th Cir. [Certiorari granted, 534 U. S. 991.] Motion of Mark Cullen et al. for leave to file a brief as *amici curiae* out of time denied.

No. 01–455. FRANCONIA ASSOCIATES ET AL. *v.* UNITED STATES; and GRASS VALLEY TERRACE ET AL. *v.* UNITED STATES. C. A. Fed. Cir. [Certiorari granted, 534 U. S. 1073.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 01–7736. GOKTEPE *v.* GOKTEPE. Ct. Sp. App. Md.; and

No. 01–7835. M. C. *v.* E. E. Ct. Civ. App. Ala. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 8, 2002, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 01–8372. IN RE WAUQUA;

No. 01–8386. IN RE PARKER;

No. 01–8397. IN RE NEWLAND;

No. 01–8436. IN RE VISINTINE; and

No. 01–8525. IN RE BIXLER. Petitions for writs of habeas corpus denied.

No. 01–8377. IN RE JONES. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.